Núm. 8150.—BARRIOS, apldo. *v.* SANCHO BONET, TES., ET ALS., apltes.—C. D. San Juan.　　　　　　 Abril 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la parte apelada ha radicado moción solicitando la desestimación del presente recurso, cuyos autos fueron radicados por la apelante;

POR CUANTO, la opinión y sentencia en este caso se basaron en lo resuelto por este tribunal en *Arjona* v. *Winship,* 49 D.P.R. 53; 87 F. (2d) 205; *Durand* v. *Sancho Bonet,* 50 D.P.R. 940; *Samalea* v. *Winship,* 51 D.P.R. 240; *Ponsa Parés* v. *Winship,* 51 D.P.R. 160; 53 D.P.R. 915; y 55 D.P.R. 16;

POR CUANTO, la contienda litigiosa resuelta en *Ponsa* v. *Winship,* supra, era que el sueldo del fiscal no se podía reducir durante su incumbencia;

POR CUANTO, la única diferencia entre este caso y el de *Ponsa* v. *Winship* citado es que el peticionario en la corte inferior desempeña el cargo de márshal y en dicho caso de *Ponsa* v. *Winship* el peticionario era fiscal de la Corte de Distrito de Bayamón;

POR CUANTO, desde el día primero de marzo, fecha en que se radicaron los autos en esta corte, el apelante no ha presentado alegato ni hecho ninguna otra gestión para perfeccionar su recurso;

POR TANTO, se declara con lugar la moción de desestimación presentada por la parte apelada y en su consecuencia se desestima el recurso de apelación establecido en este caso contra sentencia dictada por la Corte de Distrito de San Juan en enero 3, 1940.